1
2
3
4
5
6

7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

MATTHEW HEAVEN,

          Plaintiff,

  v.

UNITED STATES OF AMERICA,

          Defendant.

Case No. 2:25-cv-01857-JHC

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

15      Before the Court is Defendant's Motion to Dismiss Complaint with Prejudice.  Dkt. # 15.
16 The Court has carefully considered all materials filed in support of and in opposition to the
17 motion, the rest of the file, and the governing law.  The Court agrees with Defendant's analysis
18 as presented at Dkt. ## 15 and 17.  The Court finds that the Amended Complaint involves
19 outlandish scenarios meriting dismissal under 28 U.S.C. § 1915(e)(2) and that further
20 amendment would be futile.  Accordingly, the Court GRANTS the motion and DISMISSES this
21 matter with prejudice.
22
23
24

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT
[Case No. 2:25-cv-01857-JHC] - 1

DATED this 7th day of January, 2026.

_____
JOHN H. CHUN
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS COMPLAINT
[Case No. 2:25-cv-01857-JHC] - 2